Form a0nprfcl

### United States Bankruptcy Court
### Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402–1819

In Re:  Kathryn J Bennett

Case No.: 3:11–bk–33412

Debtor(s)

Chapter:  13

SSN/TAX ID:
xxx–xx–4617

Judge:   Guy R Humphrey

### NOTICE OF FILING OF PROOF OF CLAIM

To: National City

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

United States Bankruptcy Court
Southern District of Ohio
120 West Third Street
Dayton, OH 45402–1819

This proof of claim is referred to as claim # 15

Dated: April 5, 2012

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court